15 Fla. L. Weekly Supp. 1198b

**Contracts -- Credit card agreement -- Limitation of actions -- Three-year Virginia statute of limitations for oral contracts is applicable and bars action where customer agreement contains Virginia choice of law provision and agreement is unsigned and not complete and concluded**

CAPITAL ONE BANK v. DWIGHT REID. County Court, 11th Judicial Circuit in and for Miami-Dade County. Case No. 08-3981 SP 25 (1). October 8, 2008. Andrew S. Hague, Judge. Counsel: Dana Kalman, Hayt, Hayt and Landau, Miami. Erik Kardatzke, Debt Defense, P.L. -- A Law Firm, Coral Gables.

*ORDER OF DISMISSAL WITH PREJUDICE*

THIS CAUSE came before the Court on the 8th of October, 2008 on a motion for summary disposition and after hearing argument of counsel, it is

ORDERED AND ADJUDGED:

Plaintiff's cause of action is dismissed with prejudice as being barred by the statute of limitations.

The Customer Agreement attached to the complaint contains a Virginia choice-of-law provision. Florida court's apply the statute of limitations of the foreign state as substantive law. *Fulton County Adm'r v. Sullivan,* 753 So.2d 549 (Fla. 1999).

Further the Customer Agreement is not signed by the defendant, nor was it in existence at the execution of the agreement between the parties. The copyright date on the Customer Agreement shows that it was not printed until years after the Acceptance Certificate was signed. V.S. 8.01-246 states the statute of limitations for a written contract must be signed. The Supreme Court of Virginia ruled in *Newport News H. & O. Dev. Co. v. Newport News St. Ry. Co.,* 32 S.E. 789 (Va. 1899), recently followed in *Marley Mouldings v. Suyat,* 970 F. Supp. 496 (W.D. Va. 1997) that in order to benefit from the five year statute of limitations rather than the three year statute of limitations not only must a contract be signed, but it must also be complete and concluded.

Accordingly, this action is not founded upon a signed contract in writing, and is time barred by V.S. 8.01-246(4).

\* \* \*

**EXHIBIT A-5**