UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-CV-81357-Marra-Johnson

STEVEN J. PINCUS, individually,

    Plaintiff,

v.

THE LAW OFFICES OF ERSKINE & FLEISHER,
a Florida Partnership, and
MINDY L. TARAN, individually,

    Defendants.
_____/

## PLAINTIFF STEVEN J. PINCUS'S MOTION TO COMPEL THE DEPOSITIONS OF MINDY TARAN AND STANLEY ERSKINE PURSUANT TO FED.R.CIV.P. 30(b)(6)

COME NOW Plaintiff, STEVEN J. PINCUS by and through his undersigned attorney, and file this Motion to Compel the Depositions of Mindy Taran and Stanley Erskine pursuant to Fed. R. Civ. P. 37 and S.D. Local Rule 26.1 H and as grounds thereof state as follows:

1. On or about May 13, 2009, Plaintiff properly noticed the depositions of Mindy Taran and Stanley Erskine for June 17, 2009 and June 26, 2009, respectively, pursuant to Plaintiff's correspondence with Defendants' counsel of May 11, 2009.

2. The aforementioned depositions were set after confirmation of said date and times through Defendants' counsel; Counsel for Plaintiff had been attempting to obtain dates for said depositions for approximately one month prior.

3. On June 11, 2009, Counsel for Defendants unilaterally cancelled said depositions and have since filed a Motion to Stay the Proceedings on June 13, 2009. [DE-21].

4. In accordance with S.D. Local Rule 7.1 A.3, counsel for Plaintiff attempted to contact counsel for Defendants on this date to determine whether she had any objections to the relief requested herein, however, counsel for Defendants and Plaintiff could not come to an agreement due to the pending Motion to Stay Proceedings. [DE-21].

5. Defendants have no legitimate basis for refusing to attend the scheduled depositions and are attempting to evade discovery in this action.

6. Plaintiff has set aside the date of August 21, 2009 for the deposition of Mindy L. Taran and August 28, 2009 for the deposition of Stanley B. Erskine.

7. Furthermore, on July 27, 2009, this Court entered and Order and Opinion denying the Motion to Stay. [DE-26].

8. Pursuant to the Honorable Judge Kenneth Marra's Practice Guide, Plaintiff notes that all discovery matters are referred to a U.S. Magistrate Judge.

WHEREFORE, Plaintiff respectfully requests this Court to grant Plaintiff's Motion to Compel, and order Defendants to appear at deposition on the respective dates.

Respectfully submitted,

/s/Scott D. Owens
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
MENINA E. COHEN, ESQ.
Florida Bar No.: 014236
**COHEN & OWENS, P.A.**
Attorney for Plaintiff
3801 Hollywood Boulevard
Suite 200
Hollywood, Florida 33021

        Phone 954-923-3801
        Fax 954-967-2791

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th of July, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this 24th of July, 2009 on Michelle T. Bell, Esq., MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, Attorney for Defendants, 1 East Broward Boulevard, Suite 500, Fort Lauderdale, FL 33301, mtbell@mdwcg.com, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/Scott D. Owens
    **SCOTT D. OWENS, ESQ.**
    Florida Bar No.: 0597651
    MENINA E. COHEN, ESQ.
    Florida Bar No.: 014236
    **COHEN & OWENS, P.A.**
    Attorney for Plaintiff
    3801 Hollywood Boulevard
    Suite 200
    Hollywood, Florida 33021
    Phone 954-923-3801
    Fax 954-967-2791