UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


STEVEN J. PINCUS

      Plaintiff,

  vs

LAW OFFICES OF ERSKINE & FLEISHER,
et al.

      Defendant,
                           /

CASE NO: 08-CV-81357-MARRA

MEDIATION REPORT

Type of Case: Other Civil

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Samuel L. Heller, Esquire of MEDIATION, INC., on February 15, 2010.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:

    Case completely SETTLED. Counsel were directed to submit Agreement, Stipulation for Dismissal, or other Final Disposition to the Court as soon as possible.

Copies furnished by U.S. Mail to:

    Scott D. Owens, Esquire

    Craig S. Hudson, Esquire

RESPECTFULLY SUBMITTED on February 16, 2010.

JAMES B. CHAPLIN, ESQUIRE
for Samuel L. Heller
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
          (800) 741-7000